

# NUMBER 13-14-00531-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE IRMA YBARRA

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Per Curiam Order

Relator, Irma Ybarra, filed a petition for writ of mandamus and motion for temporary relief in the above cause on September 18 and 19, 2014. Relator seeks to compel the respondent, the Honorable David Stith, Presiding Judge of the 319th District Court of Nueces County, Texas, to render judgment granting relator's petition for writ of habeas corpus and order the attachment of the body of the minor child to relator. *See* TEX. FAM. CODE ANN. §§ 157.372, 157.374, 157.376 (West, Westlaw through 2013 3d C.S.). Through this original proceeding, relator also seeks to compel the Honorable Bobby Galvan, the Presiding Judge of the 94th District Court of Nueces County, Texas, to vacate

a temporary restraining order. By emergency motion, relator seeks to stay all proceedings against her in the 319th District Court.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that it should be and is DENIED. The Court requests that the real party in interest, Roland Marcha, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of September, 2014.